AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MICHAEL J. FLYNN,

       Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

                               CASE NUMBER:  **3:09-CV-00422-PMP-RAM**

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR
LLP, DEBORAY A. KLAR, and TERI
PHAM,

       Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant Liner Firm's Motion to Dismiss First Amended Complaint (#86) is hereby **GRANTED**.
     **IT IS FURTHER ORDERED** that Defendants Deborah Klar and Teri Pham's Motion to Dismiss First Amended Complaint for Failure to State a Claim (#90) is hereby **GRANTED**.
     **IT IS FURTHER ORDERED** that Judgment is hereby entered in favor of Defendants Liner, Grode, Stein, Yankelevitz, Sunshine, Regenstreif & Taylor, LLP; Deborah Klar; and Teri Pham, and against Plaintiff Michael Flynn.

   July 18, 2011                                **LANCE S. WILSON**
                                                        Clerk


                                                       /s/ D.R. Morgan
                                                       Deputy Clerk